COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Artavious Deon Hollins v. The State of Texas

Appellate case number: 01-14-00745-CR

Trial court case number: 1383738

Trial court: 248th District Court of Harris County

Appellant, Artavious Deon Hollins, has filed a "Motion to File [a] Supplemental Brief and Motion for Extension of Time" in cause numbers 01-14-00744-CR and 01-14-00745-CR. Appellant's brief in cause number 01-14-00745-CR was first due on December 3, 2014. Although appellant, on February 2, 2015, filed a joint brief in cause numbers 01-14-00744-CR and 01-14-00745-CR, he did not in his brief present any issues pertaining to cause number 01-14-00745-CR.

If the Court determines, either before or after submission, that a case has not been properly presented in the briefs, the Court "may postpone submission, require additional briefing, or make any other order necessary for the satisfactory submission of the case." *See* TEX. R. APP. P. 38.9(b).

We **grant** appellant's motion. We **order** appellant to file an initial brief pertaining to cause number 01-14-00745-CR no later than 30 days after the date of this order. *See* TEX. R. APP. P. 38.6(a). No further extensions of time to file appellant's brief will be granted. *See* TEX. R. APP. P. 38.6(d), 38.8(b). Appellant's appeal in cause number 01-14-00744-CR has been submitted. *See* TEX. R. APP. P. 38.9(b).

The State's brief, if any, in cause number 01-14-00745-CR must be filed no later than 30 days after appellant has filed his brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
☑ Acting individually ☐ Acting for the Court

Date: May 28, 2015